UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Vanessa Peake,

                        Plaintiff(s),

v.                                         Case No. 2:19−cv−13476−BAF−DRG
                                              Hon. Bernard A. Friedman
MARADA INDUSTRIES, INC
d/b/a COSMA BODY
ASSEMBLY MICHIGAN,

                        Defendant(s),

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion for Summary Judgment − #17

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman *without* oral argument.

Pending resolution of this motion the 6/29/2021 Final Pretrial Conference and 7/6/2021 Jury Trial are hereby cancelled.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/J. Curry−Williams
                                                        Case Manager

Dated:  June 14, 2021